UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONATO ROSALES MEDINA, *individually and on behalf of others similarly situated*,

Plaintiff,

v.

TACO MIX LLC (d/b/a TACO MIX), JORGE SANCHEZ (a/k/a LIDOINE SANCHEZ), ALEJO SANCHEZ and JAVIER FLORES,

Defendants.

17-CV-5637 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received Defendants' motion to vacate the default judgment entered against them. *See* ECF No. 49. Plaintiff shall file a response, if any, no later than April 11, 2025.

SO ORDERED.

Dated:   April 7, 2025
         New York, New York

Ronnie Abrams
United States District Judge